UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LORI POWELL,<br><br>                    Plaintiff,<br><br>    v.<br><br>CAROLINE W. COLVIN, acting<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No. 12-5841 RJB/KLS<br><br>REPORT AND RECOMMENDATION |

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand. (ECF 17).  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

This Court recommends that on remand, the Administrative Law Judge shall reassess the severity of the claimant's impairments, including her fibromyalgia per SSR 12-2p; give further consideration to the medical opinions of record, including the opinions of Dr. Supplitt and Wolfe, and articulate what weight is given to each; reevaluate the claimant's residual functional capacity assessment; reassess the claimant's credibility as set forth in SSR 96-7p, and reassess steps four and five with the assistance of a vocational expert, if necessary.

REPORT AND RECOMMENDATION - 1

Given the fact of the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED.** A proposed order accompanies this Report and Recommendation.

DATED this 27th day of February, 2013.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2