UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LORI POWELL,

                    Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                    Defendant.

\Case No. 12-5841 RJB-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

        This matter comes before the court on the Report and Recommendation of Magistrate

Judge Karen L. Strombom [ECF #18] recommending that this case be remanded, based on the

stipulation of the parties [ECF #17].  It is therefore ORDERED

        (1)  The Court ADOPTS the Report and Recommendation;

        (2)   The Court REVERSES and REMANDS for further administrative proceedings; and

        (3)   The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

        DATED this 28th day of February, 2013.

        _____

        ROBERT J. BRYAN
        United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1